Mary GALLO, doing business as Gallo Wine Company, Appellant, v. E. & J. GALLO WINERY, a corporation, and Gallo Wine Company, a corporation, Appellees.

No. 11267.

United States Court of Appeals
Sixth Circuit.

Oct. 9, 1950.

Albert L. Ely, Jr., Cleveland, Ohio, for appellant.

Hyde, Meyer, Baldwin & Doran, Cleveland, Ohio, for appellee.

Before HICKS, Chief Judge, and McALLISTER, Circuit Judge.

PER CURIAM.

The court having considered the motion to dismiss appeal and the memorandum and affidavit in opposition thereto, it is now ordered that the motion to dismiss be sustained and the appeal is hereby docketed and dismissed. D.C., 87 F.Supp. 433.